IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION


UNITED STATES OF AMERICA                                         PLAINTIFF


V.                              CASE NO. 4:18-CR-40013


TERRELL TROTTER                                                 DEFENDANT

## ORDER

Before the Court is the Government's Motion to Dismiss. ECF No. 19. In the instant motion, the Government moves for Count Five of the Indictment to be dismissed without prejudice pursuant to Federal Rule of Criminal Procedure 48(a). Upon consideration, the Court finds that the motion should be and hereby is **GRANTED**. Accordingly, Count Five of the Indictment is hereby **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED, this 17th day of December, 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge